# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Tiron Beane,

Civil No. 15-205 (DWF/BRT)

          Plaintiff,

v.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Hennepin County Jail; County of Hennepin;
Officer Collins, Hennepin County Jail;
Nurse who worked in Unit 5-E on 11/24/14
from 2 to 10 p.m.; Officer Collins'
Supervisor or Superior; and Hennepin
County Jail Officer who worked in Unit 5-E
on 11/24/14 2 to 10 shift,

          Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated June 8, 2015. (Doc. No. 11.) No objections have been filed to that Report and Recommendation in the time period permitted.

The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Generally, the complaint relates to events that allegedly occurred at the Hennepin County Jail on November 24, 2014. (*See* Doc. No. 11.) Plaintiff Tiron Beane ("Plaintiff"), who is currently an inmate at the Minnesota Correctional Facility in Fairbault, asserts a number of constitutional violations. (*See id.*)

Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Becky R. Thorson's June 8, 2015 Report and Recommendation (Doc. No. [11]) is **ADOPTED**.

2. Plaintiff Tiron Beane's complaint (Doc. No. [1]) is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to a state a claim upon which relief may be granted.

3. Plaintiff's applications to proceed *in forma pauperis* (Doc. Nos. [2], [6]) are **DENIED**.

4. Plaintiff's motion for subpoenas (Doc. No. [3]) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: July 27, 2015    s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge